JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. T SHIRT & PRINT, INC. d/b/a RIOT SOCIETY, a California Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNYOPSA, an unknown business entity; YUQING ZENG, an individual; DALIANG ZHUANG, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CV 22-3497 PA (AGRx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to this Court's November 14, 2022 Minute Order granting the Motion for Default Judgment filed by plaintiff L.A. T Shirt & Print, Inc. ("Plaintiff") against defendants Unyopsa, Yuqing Zeng, and Daliang Zhuang ("Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1.     Plaintiff shall have judgment in its favor and against Defendants; and

2.     Plaintiff shall recover from Defendants, jointly and severally, the amount of $5,000.00 in statutory damages for copyright infringement;

3.     Defendants and their agents, servants, officers, directors, members, managers, successors, licensors/licensees, and assignors/assignees, and all those acting on Defendants' behalf or in active concert or participation with Defendants and that have notice of this

injunction, are permanently enjoined from any copying and/or publishing and/or selling or otherwise offering any product that makes any use of Plaintiff's copyrighted work, and/or creating derivative works based on Plaintiff's copyrighted work.

3.     Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED:  November 14, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE